UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 SEP 21  P 4: 22

UNITED STATES OF AMERICA )
)
v. ) 1:15-cr-00057-LM
)
MUSTAFA HASSAN ARIF )

## WAIVER OF SPEEDY TRIAL

Now comes the Defendant, directly and through counsel, in the above captioned matter, and respectfully waives his right to a speedy trial, saying as follows:

1) The Defendant understands that he has a right to a speedy trial pursuant to 18 U.S.C. § 3161 et seq.

2) The defendant hereby waives his right to a speedy trial.

3) This waiver is being filed because the Defendant assents to a continuance of the trial in this matter from the date now scheduled, during the two week period beginning October 20, 2015, to a date after January 1, 2016, so that he might litigate certain legal issues prior to resolving this matter through a trial or a plea, and he has requested his attorneys to so move.

A copy of this Waiver of Speedy Trial is being served upon the government this date.

September 15, 2015

Respectfully submitted,

_____
Mustafa Arif, defendant

_____
Robert Napolitano, Esq.
Counsel to defendant, Mustafa Arif

1