UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| United States of America | ) | |
|  | ) | |
| v. | ) | Cr. No. 15-000057-01-LM |
|  | ) | |
| Mustafa Hassan Arif | ) | |
| Defendant. | ) | |

## ASSENTED-TO MOTION TO WITHDRAW

NOW COMES the Defendant, Mustafa Arif, by and through counsel Shaheen & Gordon, P.A., filing a Motion to Withdraw, and, in support thereof, states as follows:

1. The Defendant is charged with one count of Wire Fraud and Aiding and Abetting Wire Fraud contrary to 18 U.S.C. §§ 1343 and 2; three counts of Shipment of Misbranded Drugs in Interstate Commerce and Aiding and Abetting the Shipment of Misbranded Drug in Interstate Commerce contrary to 21 U.S.C. §§ 331(a), 332(a)(2) and 353(b)(1) and 18 U.S.C. § 2; and one count of Shipment of Misbranded Drugs in Interstate Commerce and Aiding and Abetting the Shipment of Misbranded Drug in Interstate Commerce contrary to 21 U.S.C. §§ 331(a), 332(a)(2) and 352(a) and 18 U.S.C. § 2.

2. Trial is scheduled for the two week period commencing March 15, 2016. The Final Pretrial Conference is scheduled for March 3, 2016.

3. Undersigned counsel was retained to represent the Defendant in December 2015 and filed his appearance on or about December 11, 2015.

4. On or about January 26, 2016, the Defendant instructed undersigned counsel that he intended to retain successor counsel and instructed undersigned counsel to cease work on the file.

5. Undersigned counsel has delayed filing this motion in anticipation of successor counsel filing an appearance. To date, no such appearance has been filed; however, based on information and belief, an appearance may be filed soon. If no such appearance is filed within a reasonable time set by the Court, based upon prior orders, successor counsel may be appointed under the Criminal Justice Act.

6. For these reasons, undersigned counsel seeks to withdraw in this matter.

7. On February 5, 2016, undersigned counsel conferred with Assistant United States Attorney Arnold Huftalen who advises the government assents to the relief sought herein.

8. Due to the nature of the relief sought, no memorandum of law is required.

WHEREFORE, the Defendant respectfully requests that this Honorable Court;

a. Grant the relief sought herein;

b. Allow undersigned counsel to withdraw; and

c. Grant such further relief as the Court deems necessary, just and fair.

Respectfully submitted,

Mustafa Hassan Arif
By His Attorneys:
SHAHEEN & GORDON, P.A.

Dated: February 5, 2016

/s/ William E. Christie
William E. Christie
NH Bar #11255
107 Storrs Street/P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
wchristie@shaheengordon.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


DATED:  February 5, 2016                        /s/ William E. Christie
                                                         William E. Christie
                                                         NH Bar No. 11255