# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | 1:15-cr-00057-LM |
| ) | |
| **MUSTAFA HASSAN ARIF** ) | |
| _____) | |

## WITNESS LIST OF THE UNITED STATES FOR TRIAL ON AUGUST 29, 2016

The United States of America, by Emily Gray Rice, United States Attorney for the District of New Hampshire, hereby offers the following list of potential witnesses that may be called at the trial of Mustafa Hassan Arif, scheduled for August 29, 2016.

1. Emily Emanuel – LegitScript
2. David Furtado – Special Agent FDA Office of Criminal Investigations
3. Matthew Lind – CCNow
4. Jane Liedtka, MD – FDA
5. Arthur Simone, MD – FDA
6. Gerald David Podskalny, DO, MPHS – FDA
7. Preston Dunnmon, MD – FDA
8. John Webb – Alton Bay, NH
9. Paul Soucy – Manchester, NH
10. Virginia D'Urso – Haverhill, MA
11. Mary Webber – Salem, NH
12. Earnest Belleville – Barrington, NH
13. Mary Ellen King – Manchester, NH
14. Keeper of the Records, Google, Inc.

15. Keeper of the Records, GoDaddy

16. Keeper of the Records, Domains by Proxy

17. Keeper of the Records, JP Morgan Chase

| | |
|---|---|
| Date: August 31, 2016 | Respectfully submitted, |
| | EMILY GRAY RICE<br>United States Attorney |
| | /s/ Arnold H. Huftalen<br>Arnold H. Huftalen<br>Assistant United States Attorney<br>United States Attorney's Office<br>53 Pleasant Street, 4th Floor<br>Concord, New Hampshire 03301<br>(603) 225-1552<br>Arnold.Huftalen@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Witness List of the United States was served by ECF to attorney Robin Melone, Esquire, and Kirsten Wilson, Esquire counsel for defendant Mustafa Hassan Arif.

/s/Arnold H. Huftalen
Assistant U.S. Attorney